

IN THE
TENTH COURT OF APPEALS

No. 10-14-00212-CR

IN RE TERRY LEE NELSON

Original Proceeding

From the 13th District Court
Navarro County, Texas
Trial Court No. 32,660-CR

MEMORANDUM  OPINION

In what we are treating as an original proceeding,[1] Terry Lee Nelson has filed a
"motion for forensic DNA testing after conviction."  We dismiss the motion for lack of
jurisdiction; such a motion is to be filed in the convicting court.  *See* TEX. CODE CRIM.
PROC. ANN. art. 64.01(a-1) (West Supp. 2013) (providing for filing of motion for DNA
testing in convicting court).

---

[1] The motion lacks proof of service.  A copy of all documents presented to the Court must be served *on all
parties* (*i.e.*, the district attorney) and must contain proof of service.  TEX. R. APP. P. 9.5, 52.2.  To expedite
this matter, we implement Rule of Appellate Procedure 2 to suspend these requirements.  *Id.* 2.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed August 7, 2014
Do not publish
[OT06]